Case dismissed with prejudice, each party to assume their own costs.
IT IS SO ORDERED.
/s Kenneth S. McHargh
U.S. Magistrate Judge
6/20/12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KARL KORTEPETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:11-cv-2742 |
| vs. | ) | |
| | ) | |
| EDUCATIONAL COMPUTER | ) | |
| SYSTEMS, INC., et al., | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now come the Plaintiff, KARL KORTEPETER, the Defendant, EDUCATIONAL COMPUTER SYSTEMS, INC., and the Intervener CASE WESTERN RESERVE UNIVERSITY, and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

/s/ David B. Levin
David B. Levin (0059340)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park, Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
david@luxenburglevin.com

/s/ Peter M. Poulos
Peter M. Poulos (0047210)
Attorney for Intervenor
Case Western Reserve University
10900 Euclid Avenue
Cleveland, OH 44106-7020
(216) 368-0661 (phone)
(216) 368-5481 (facsimile)
peter.poulos@case.edu

/s/ Paul S. Mazeski
Paul S. Mazeski (pro hac vice)
Attorney for Defendant
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh PA 15219-1410
(412) 392-2120 (phone)
(412) 562-1041 (facsimile)
paul.mazeski@bipc.com